**Order filed, September 10, 2014.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

——————————

## NO. 14-14-00358-CR

——————————

### RON  CHRISTOPHER JOHNSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 13-DCR-062222**

---

### ORDER

The reporter's record in this case was due **June 30, 2014**.  *See* Tex. R. App. P. 35.1.  On **July 11, 2014**, this court ordered the court reporter to file the record within 30 days. Also, on **July 11, 2014**, this court received notice from the court reporter that the appellant had not requested for the record to be prepared. On **July 21, 2014**, this court received notice from the court reporter that the record had been requested and the due date for the record was extended until **August 21, 2014**. The

record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Elizabeth Wittu**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. **No further extension will be entertained**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Elizabeth Wittu** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM